**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.
10/3/20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

- against -

DMP COLOR, LLC,

                      Defendants.
------------------------------------------------------------X

Case No.   1:20-cv-2140-ARR-CLP

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against DMP Color, LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       October 2, 2020

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                                By: /s/Dan Shaked
                                    Dan Shaked (DS-3331)
                                    14 Harwood Court, Suite 415
                                    Scarsdale, NY 10583
                                    Tel. (917) 373-9128
                                    Fax (718) 704-7555
                                    e-mail: ShakedLawGroup@Gmail.com